# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY CAPITAL CORPORATION, GREGORY G. ANTONSEN, JAMES F. DEUTSCH, JAMES E. GOODWIN JR., JOHN S. GULAS, JEFFREY F. HOWELL, SAMUEL T. HUBBARD JR., ARUTHUR B. MONTOYA, JR., LESLIE NATHANSON JURIS, ANTHONY R. SCAVUZZO, CHARLES A. SLOCOMB, and ENTERPRISE FINANCIAL SERVICES CORP.,<br><br>Defendants. | Case No. 1:19-cv-00066-JHR-KBM |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Paul Parshall ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to the Plaintiff only.  Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: April 10, 2019

                **THE LAW OFFICES OF**
                **NICHOLAS KOLUNCICH III, LLC**

      By:  */s/ Nicholas Koluncich*
              Nicholas Koluncich III
              500 Marquette Avenue NW, Suite 1200
              Albuquerque, New Mexico 87102
              (505) 881-2228

              *Attorneys for Plaintiff*

OF COUNSEL:

**RIGRODSKY & LONG, P.A.**
**300 Delaware Avenue, Suite 1220**
**Wilmington, DE 19801**
**(302) 295-5310**

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 10th day of April, 2019 a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF, which caused the document to be electronically served upon all counsel:

/s/*Nicholas Koluncich*
Nicholas Koluncich